# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2016

149522

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BENJAMIN ROY WILKINS,
     Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 149522
COA: 320581
Montcalm CC: 2013-017407-FC

On order of the Court, the application for leave to appeal the May 2, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Montcalm Circuit Court for consideration of the defendant's issue regarding the assessment of court costs. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2016



     Clerk

t0718